McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE TAVERN PROPERTY OWNERS ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants. | CIV. S-06-407 LKK/GGH<br><br>**STIPULATION AND ORDER CONCERNING PROJECT IMPLEMENTATION** |

The parties to this action stipulate, subject to the approval of the Court as provided for hereon, to the following terms concerning implementation of the projects referenced in the plaintiffs' complaint:

1. The projects subject to this stipulation are (1) the project designated as the "64-Acre Tract Intermodal Transit Center" in the records of decision filed by the federal defendants and the "Tahoe City Transit Center" in the notice of determination filed by defendant County of Placer, California; and (2) the project designated as "Lake of the Sky Interpretive Center" in a separate record of decision filed by defendant United States Department of Agriculture Forest Service.

////

////

1      2. The parties anticipate that no construction will occur in furtherance of these projects
2 through January 12, 2007, the date that this Court has reserved for hearing on any cross-
3 motions for summary judgment.  Defendant Placer County anticipates that it may arrange for
4 architectural and design services to commence during this period.

5      3. Defendants agree to provide plaintiffs, though their counsel, with at least sixty days'
6 advance written notice before commencing any construction in furtherance of the projects
7 subject to this agreement, until January 12, 2007.

8      4. Plaintiffs agree not to move for temporary restraint or preliminary injunctive relief
9 between the date of this stipulation and January 12, 2007, unless the sixty days' advance
10 written notice of construction in furtherance of the projects has been given.

11      5. Defendants agree not to cite, as evidence of unreasonable delay in seeking
12 temporary or preliminary relief in this action, the fact that the plaintiffs refrained from seeking
13 temporary or preliminary relief between the date of this stipulation and January 12, 2007.  By
14 this stipulation, defendants do not waive the right to raise any other defenses in law or equity
15 on any other grounds, including laches in bringing the action, or delay in seeking temporary
16 or preliminary relief before the date of this agreement or after January 12, 2007.

Dated: June 12, 2006                    ROSSMANN AND MOORE, LLP

                                  By:   /s/ Roger B. Moore
                                        ROGER B. MOORE
                                        Attorneys for Plaintiffs

Dated: June 19, 2006                    LAW OFFICES OF
                                        RICHARD L. CRABTREE

                                  By:   /s/ Richard L. Crabtree
                                        RICHARD L. CRABTREE
                                        Attorneys for Defendant
                                        County of Placer

Dated: June 9, 2006            McGREGOR W. SCOTT
United States Attorney

By:    /s/ Y H T Himel
YOSHINORI H. T. HIMEL
Assistant U. S. Attorney
Attorneys for Federal Defendants

## ORDER

It is APPROVED and SO ORDERED.

DATED: June 26, 2006

_____
Lawrence K. Karlton
Senior Judge
U.S. District Court