UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TAHOE TAVERN PROPERTY OWNERS
ASSOCIATION, et al.,

                        NO. CIV. S-06-407 LKK/GGH

        Plaintiffs,

   v.                                 O R D E R

UNITED STATES FOREST SERVICE,
et al.,

        Defendants.
                                  /

    The court is in receipt of a letter from defendant Placer County. Defendant Placer County's challenge to jurisdiction is hereby deemed waived.

    IT IS SO ORDERED.

    DATED: June 26, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT