McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE TAVERN PROPERTY OWNERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | CIV. S-06-407 LKK/GGH <br><br> **JOINT APPLICATION FOR INITIAL FOUR-WEEK EXTENSION OF SUMMARY-JUDGMENT BRIEFING SCHEDULE** <br><br> Date: January 12, 2007 <br> Time: 10:00 a.m. <br> Judge: Hon. Lawrence K. Karlton |

      Defendants, with plaintiffs' concurrence, for the reasons stated in the Counsel Declaration submitted herewith, apply to the Court for a four-week extension of the briefing schedule set in the Minutes filed May 22, 2006, and of the date concerning project implementation in the Stipulation and Order Concerning Project Implementation filed June 27, 2006, as detailed below. No previous extension of these times has been sought or granted.

      1. That the date for filing cross-motions for summary judgment, currently October 22, 2006 (actually Monday, October 23, 2006), be extended by four weeks to November 20, 2006.

      2. That the date for filing oppositions, currently November 22, 2006, be extended by four weeks to December 20, 2006.

3. That the date for filing replies, currently December 7, 2006, be extended by four weeks plus the Christmas holiday week to January 11, 2007.

4. That the hearing date, currently January 12, 2007, at 10:00 a.m., be continued until a date and time to be set by the Court. Four weeks after the currently-set January 12 date is February 9, 2007. Because of Mr. Rossmann's planned vacation from February 17 to 27, 2007, the parties request that the date be set during the week of February 5 to 9.

5. That the date of January 12, 2007, in paragraphs 2 through 5 of the Stipulation and Order Concerning Project Implementation, filed June 27, 2006, be amended to be the date set in response to paragraph 4, above.

Dated: October 11, 2006　　　　　　　　　　　　ROSSMANN AND MOORE, LLP

By:　*/s/ Roger B. Moore*　
　　　ROGER B. MOORE
　　　Attorneys for Plaintiffs

Dated: October 11, 2006　　　　　　　　　　　　LAW OFFICES OF
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD L. CRABTREE

By:　*/s/ Richard L. Crabtree*　
　　　RICHARD L. CRABTREE
　　　Attorneys for Defendant
　　　County of Placer

Dated: October 11, 2006　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

By:　*/s/ Y H T Himel*　
　　　YOSHINORI H. T. HIMEL
　　　Assistant U. S. Attorney
　　　Attorneys for Federal Defendants

## ORDER

The Court has received the parties' stipulation and proposed order and a counsel declaration in support of a four-week extension of the briefing and hearing schedule for cross-motions for summary judgment. Good cause appearing, it is ORDERED as follows:

1. Cross-motions for summary judgment shall be filed by November 20, 2006.

2. Oppositions shall be filed by December 20, 2006.

3. Replies shall be filed by January 11, 2007.

4. The hearing shall be held March 2, 2007, at 10:00 a.m.

5. The date of January 12, 2007, in paragraphs 2 through 5 of the Stipulation and Order Concerning Project Implementation, filed June 27, 2006, is AMENDED to be the same date as that set in paragraph 4, above.

It is APPROVED and SO ORDERED.

DATED:  October 12, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT